IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ACCLAIM SYSTEMS, INC.,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **INFOSYS, LTD., et al,** | : | No. 13-7336 |
| *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 14th day of July, 2015, upon consideration of Vedainfo's Motion to Dismiss the Original Complaint for Failure to State a Claim (Doc. No. 32) and Motion to to Dismiss the Amended Complaint for Failure to State a Claim (Doc. No. 37), the Court **hereby ORDERS** that the Motion to Dismiss the Original Complaint shall be deemed **MOOT** due to the filing of the Amended Complaint. The Motion to Dismiss the Amended Complaint is **GRANTED IN PART AND DENIED IN PART** as set forth in the accompanying Memorandum Opinion.

Acclaim's deadline for effectuating service upon Vedainfo is extended, *nunc pro tunc*, until December 19, 2014.

BY THE COURT:

\_\_s/Gene E.K. Pratter_____
GENE E.K. PRATTER
United States District Judge