IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCLAIM SYSTEMS, INC.,<br><br>Plaintiff<br><br>v.<br><br>INFOSYS, LTD. and<br>VEDAINFO, INC.<br><br>Defendants | Civil Action No. 13-7336 |

## STIPULATION OF DISMISSAL

TO THE PROTHONOTARY:

The undersigned parties hereby stipulate and agree to the discontinuance of all claims against Vedainfo, Inc. filed in this action (i.e. Counts III, IV, and V of the First Amended Complaint) with prejudice.

MORGAN, LEWIS & BOCKIUS, LLP

By: /s/
Larry L. Turner
*Attorney for Defendant Infosys, Ltd.*

BOCHETTO & LENTZ, P.C.

By: /s/
John A. O'Connell
*Attorney for Vedainfo, Inc.*

CURLEY & ROTHMAN, LLC

By: /s/
Scott M. Rothman
*Attorney for Plaintiff*