IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ACCLAIM SYSTEMS, INC.,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **INFOSYS, LTD., et al,** | : | No. 13-7336 |
| *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 11th day of March, 2016, upon consideration of Infosys Ltd.'s Motion for Summary Judgment on Plaintiff's Claims (Doc. No. 21), Acclaim Systems, Inc.'s Response in Opposition (Doc. No 73), Infosys's Reply Memorandum in Further Support of its Motion for Summary Judgment (Doc. No. 75), and oral argument on the motion held on October 9, 2015, it is hereby **ORDERED** that the Motion is **GRANTED** and that Plaintiff's claims for Tortious Interference with Contractual Rights, Aiding/Abetting/Inducing Contractual Breaches, and Civil Conspiracy against Infosys, Ltd., are hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge