IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACCLAIM SYSTEMS, INC. | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INFOSYS, LTD. | : | No. 13-7336 |
| *Defendant.* | : | |

## CIVIL JUDGMENT

Before the Honorable Gene E.K. Pratter

**AND NOW**, this 14th day of March, 2016, in accordance with the Court's Memorandum, Docket Number 80, and the Court's Order, Docket No. 81, granting Defendant's Motion for Summary Judgment (Docket Number 21);

**IT IS ORDERED** that Judgment is hereby entered in favor of Defendant Infosys, Ltd. and against Plaintiff

BY THE COURT

ATTEST:

S/Rose A. Barber
Rose A. Barber
Deputy Clerk to Hon. Gene E.K. Pratter

Copies forwarded by ECF to:
Scott Rothman
Michael Banks
Justin Victor
Larry Turner